**2010–0693. Cleveland Metro. Bar Assn. v. Johnson.**
It is ordered by this court, sua sponte, that Rita Johnson, Attorney Registration No. 0065959, last known business address in Garfield Heights, Ohio, is found in contempt for failure to comply with this court's order of October 7, 2010, to wit: failure to file an affidavit of compliance on or before November 8, 2010.

## MISCELLANEOUS DISMISSALS

**2011–0238. Tempesta v. Warren.**
Trumbull App. No. 2010–T–0054, 2010-Ohio-6434. This cause is pending before the court as a discretionary appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2011–0462. Hicks v. Mennonite Mut. Ins. Co.**
Miami App. No. 10CA17, 2011-Ohio-499. This cause is pending before the court as a discretionary appeal.

Upon consideration of cross-appellants' application for dismissal of its cross-appeal, it is ordered by the court that the application for dismissal is granted. Accordingly, the cross-appeal is dismissed. Appellant's appeal remains pending.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0580. State ex rel. Mullins v. Curran.**
Mahoning App. No. 10MA76, 2011-Ohio-1312.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):